I concur with that portion of the majority opinion that affirms the trial court's summary judgment, the denial of the motion to recuse, and its order granting the City's motion to dismiss. However, I must dissent from the reversal of any portion of the trial court's summary judgment and its ruling on the City's motion to dismiss. First, I disagree with the majority's analysis of probable cause and its application of Micalizzi v. Ciamarra, 206 F. Supp.2d 564 (S.D.N.Y. 2002). It also seems that the majority has judged the officer's actions too strictly and without due regard for the immunity offered by § 6-5-338, Ala. Code 1975, or for the threat that Borders's actions posed to other people on the dance floor when he was arrested for disorderly conduct and resisting arrest.
The trial judge had the best opportunity to view the evidence and to judge the credibility of the witnesses and the weight to be accorded the evidence. Therefore, I respectfully dissent.